**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  13-cv-02114-LTB-BNB

KIMBERLY CODORI,

        Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

        Defendant.

_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 27 - filed January 21, 2014), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:  January 22, 2014